UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   DONNAMARIA, FRANK J, JR.   §   Case No. 10-32797
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/22/2011 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn, Chicago, IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/09/2011     By:   /s/Glenn R. Heyman
                                  Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DONNAMARIA, FRANK J, JR. § Case No. 10-32797
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,743.97 |
| and approved disbursements of | $ | 60.62 |
| leaving a balance on hand of [1] | $ | 4,683.35 |

**Balance on hand:** $ 4,683.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,683.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,185.99 | 0.00 | 1,185.99 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,764.50 | 0.00 | 2,764.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 32.69 | 0.00 | 32.69 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 4,233.18
Remaining balance: $ 450.17

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 450.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 450.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,193.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 21,157.51 | 0.00 | 182.48 |
| 2 | Chase Bank USA, N.A. | 2,609.65 | 0.00 | 22.51 |
| 3 | FIA Card Services, NA/Bank of America | 27,343.42 | 0.00 | 235.84 |
| 4 | FIA Card Services, NA/Bank of America | 1,082.63 | 0.00 | 9.34 |

Total to be paid for timely general unsecured claims: $ 450.17
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-32797-CAD
Frank J Donnamaria                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2          Date Rcvd: Nov 14, 2011
                              Form ID: pdf002           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2011.
db         +Frank J Donnamaria, Jr.,   3720 Wilcox Ave.,   Bellwood, IL 60104-2037
aty        +Crane Heyman Simon Welch & Clar,   135 South LaSalle,   Suite 3705,   Chicago, IL 60603-4101
15891648    ADT Security Services,   PO Box 371490,   Pittsburgh, PA 15250-7490
17542494    American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
15891649    Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
15891650    Bnk of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
15891651   +CHASE,   PO BOX 15298,   Wilmington, DE 19850-5298
16590742    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16190834   +Climate Solutions,   10100 Pacific Ave,   Franklin Park, IL 60131-1654
15891653   +First Suburban,   150 S. Fifth Ave,   Maywood, IL 60153-1308
15891654   +Frank Donnamaria Sr.,   3720 Wilcox Ave,   Bellwood, IL 60104-2037
15891655   ++GUARANTY BANK,   4000 W BROWN DEER ROAD,   LOAN ADMINISTRATION,   BROWN DEER WI 53209-1221
            (address filed with court:  Guaranty Bank,    21731 Ventura Blvd,   Woodland Hills, CA 91364)
15891656   +Litton Loan Servicing,   c/o McCalla Raymer, LLC,   Bankruptcy Dept,   1544 Old Alabama Road,
             Roswell, GA 30076-2102
16190819   +Litton Loan Servicing,   4828 Loop Central Dr,   Houston, TX 77081-2166
15891657   +Northland Group,   PO Box 390846,   Edina, MN 55439-0846
15891652    citifiancial,   P.O. Box,   Sioux Falls, SD 57117-6500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16579408      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2011 02:03:09
              American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
16958715      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2011 02:13:17
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2011**               **Signature:** *[signature: Joseph Speetjens]*

```
District/off: 0752-1          User: rgreen              Page 2 of 2                   Date Rcvd: Nov 14, 2011
                              Form ID: pdf002           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2011 at the address(es) listed below:
          Christopher B Lega    on behalf of Creditor   First Suburban National Bank clega@jnlegal.net
          Glenn R Heyman    on behalf of Plaintiff Glenn Heyman gheyman@craneheyman.com,
           slydon@craneheyman.com;ecrane@craneheyman.com
          Glenn R Heyman    gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Josephine J Miceli    on behalf of Creditor   HSBC Bank USA, National Association, as Indenture
           Trustee jmiceli@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
          Michael J Vitale    on behalf of Debtor Frank Donnamaria mvitale1@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                             TOTAL: 6