# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: DONNAMARIA, FRANK J, JR. | § | Case No. 10-32797 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $433,615.00
*(without deducting any secured claims)*

Assets Exempt:   $5,835.00

Total Distribution to Claimants: $450.22

Claims Discharged
Without Payment: $155,581.83

Total Expenses of Administration: $4,293.80

3) Total gross receipts of $    4,744.02    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2** ), yielded net receipts of $4,744.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $558,421.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,293.80 | 4,293.80 | 4,293.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,414.59 | 52,193.21 | 52,193.21 | 450.22 |
| **TOTAL DISBURSEMENTS** | $684,835.59 | $56,487.01 | $56,487.01 | $4,744.02 |

4) This case was originally filed under Chapter 7 on July 23, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2012          By:  /s/GLENN R. HEYMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Investment accounts | 1229-000 | 4,743.62 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | $4,744.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Suburban | 4110-000 | 168,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 4110-000 | 245,421.00 | N/A | N/A | 0.00 |
| NOTFILED | Guaranty Bank | 4110-000 | 145,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $558,421.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,185.99 | 1,185.99 | 1,185.99 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,764.50 | 2,764.50 | 2,764.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 32.69 | 32.69 | 32.69 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.53 | 1.53 | 1.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 9.09 | 9.09 | 9.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,293.80 | 4,293.80 | 4,293.80 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 20,102.17 | 21,157.51 | 21,157.51 | 182.51 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 1,797.02 | 2,609.65 | 2,609.65 | 22.51 |
| 3 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 27,343.42 | 27,343.42 | 235.86 |
| 4 | FIA Card Services, NA/Bank of America | 7100-000 | 676.56 | 1,082.63 | 1,082.63 | 9.34 |
| NOTFILED | Citifinancial | 7100-000 | 17,572.33 | N/A | N/A | 0.00 |
| NOTFILED | Frank Donnamaria, Sr. | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 25,906.51 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 360.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 126,414.59 | 52,193.21 | 52,193.21 | 450.22 |
| --- | --- | --- | --- | --- |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-32797

Case Name: DONNAMARIA, FRANK J, JR.

Period Ending: 02/07/12

Trustee:    (330360)    GLENN R. HEYMAN

Filed (f) or Converted to (c): 07/23/10 (f)

§341(a) Meeting Date: 09/27/10

Claims Bar Date: 03/15/11

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3720 Wilcox Ave. Bellwood, Orig. Asset Memo: Orig. Description: 3720 Wilcox Ave. Bellwood,; Imported from original petition Doc# 1 | 144,821.00 | 0.00 | DA | 0.00 | FA |
| 2 | 820 S. 14th Maywood, Orig. Asset Memo: Orig. Description: 820 S. 14th Maywood,; Imported from original petition Doc# 1 | 131,689.00 | 0.00 | DA | 0.00 | FA |
| 3 | 912 W. Madison, Maywood, IL. 60153 Orig. Asset Memo: Orig. Description: 912 W. Madison, Maywood, IL. 60153; Imported from original petition Doc# 1 | 157,105.00 | 0.00 | DA | 0.00 | FA |
| 4 | First Suburban National Bank is the checking acco Orig. Asset Memo: Orig. Description: First Suburan National Bank is the checking account. Charter One is the savings account; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | ComEd, 912 Madison Maywood Orig. Asset Memo: Orig. Description: ComEd, 912 Madison Maywood; Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Household Furnishings Orig. Asset Memo: Orig. Description: Misc. Household Furnishings; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Nescessary Wearing Apparel Orig. Asset Memo: Orig. Description: Nescessary Wearing Apparel; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Taurus .38 Special Orig. Asset Memo: Orig. Description: Taurus .38 Special; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 1991 Chevy Suburban Silverado 2500 4X4 Orig. Asset Memo: Orig. Description: 1991 Chevy Suburban Silverado 2500 4X4; Imported from original petition Doc# 1 | 1,950.00 | 0.00 | | 0.00 | FA |
| 10 | Construction and carpentry tools | 2,500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-32797

Case Name: DONNAMARIA, FRANK J, JR.

Period Ending: 02/07/12

Trustee:      (330360)    GLENN R. HEYMAN

Filed (f) or Converted (c): 07/23/10 (f)

§341(a) Meeting Date:    09/27/10

Claims Bar Date:    03/15/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Construction and carpentry tools; Imported from original petition Doc# 1 | | | | | |
| 11 | Investment accounts  (u) | Unknown | Unknown | | 4,743.62 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.40 | FA |
| 12 | **Assets**      **Totals** (Excluding unknown values) | **$439,450.00** | **$0.00** | | **$4,744.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/2011: TFR filed and disbursements made. Once checks have cleared, will file Final Account.

Initial Projected Date Of Final Report (TFR):      December 31, 2011          Current Projected Date Of Final Report (TFR):      October 26, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-32797 | |
| Case Name: | DONNAMARIA, FRANK J, JR. | |
| | | |
| Taxpayer ID #: | **-***0722 | |
| Period Ending: | 02/07/12 | |

| | |
|---|---|
| Trustee: | GLENN R. HEYMAN (330360) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******16-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/10 | {11} | William Blair & Company | Liquidation of Debtor's account | 1229-000 | 1,331.77 | | 1,331.77 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,331.78 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,331.79 |
| 01/19/11 | {11} | The Oakmark Funds | Liquidation of investment fund #8007514517 | 1229-000 | 1,071.54 | | 2,403.33 |
| 01/19/11 | {11} | The Oakmark Funds | Liquidation of investment fund #8007514517 | 1229-000 | 2,340.31 | | 4,743.64 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,743.66 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,743.69 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2010 FOR CASE<br>#10-32797<br> Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 1.53 | 4,742.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,742.20 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,742.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,742.27 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,742.30 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,742.34 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.09 | 4,733.25 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,733.29 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,708.29 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,708.32 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,683.32 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,683.35 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,683.38 |
| 12/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 4,683.40 |
| 12/21/11 | | To Account #9200******1666 | Transfer funds to close case | 9999-000 | | 4,683.40 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,744.02 | 4,744.02 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,683.40 | |
| Subtotal | 4,744.02 | 60.62 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,744.02 | $60.62 | |

| | | |
|---|---|---|
| {} Asset reference(s) | !-Not printed or not transmitted | Printed: 02/07/2012 04:26 PM   V.12.57 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-32797 |
| Case Name: | DONNAMARIA, FRANK J, JR. |
| | |
| Taxpayer ID #: | **-***0722 |
| Period Ending: | 02/07/12 |

| | |
|---|---|
| Trustee: | GLENN R. HEYMAN (330360) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******16-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/11 | | From Account #9200******1665 | Transfer funds to close case | 9999-000 | 4,683.40 | | 4,683.40 |
| 12/22/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,185.99, Trustee Compensation;  Reference: | 2100-000 | | 1,185.99 | 3,497.41 |
| 12/22/11 | 102 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 3,247.41 |
| 12/22/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,764.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,764.50 | 482.91 |
| 12/22/11 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $32.69, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 32.69 | 450.22 |
| 12/22/11 | 105 | American InfoSource LP as agent for Citibank N.A. | Dividend paid  0.86% on $21,157.51; Claim# 1; Filed: $21,157.51; Reference: | 7100-000 | | 182.51 | 267.71 |
| 12/22/11 | 106 | Chase Bank USA, N.A. | Dividend paid  0.86% on $2,609.65; Claim# 2; Filed: $2,609.65; Reference: | 7100-000 | | 22.51 | 245.20 |
| 12/22/11 | 107 | FIA Card Services, NA/Bank of America | Dividend paid  0.86% on $27,343.42; Claim# 3; Filed: $27,343.42; Reference: | 7100-000 | | 235.86 | 9.34 |
| 12/22/11 | 108 | FIA Card Services, NA/Bank of America | Dividend paid  0.86% on $1,082.63; Claim# 4; Filed: $1,082.63; Reference: | 7100-000 | | 9.34 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 4,683.40 | 4,683.40 | $0.00 |
| | | | Less: Bank Transfers | | 4,683.40 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,683.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,683.40 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-******16-65 | 4,744.02 | 60.62 | 0.00 |
| Checking # 9200-******16-66 | 0.00 | 4,683.40 | 0.00 |
| | $4,744.02 | $4,744.02 | $0.00 |